## PERKINS v. STATE. (No. 6396.)

(Court of Criminal Appeals of Texas. Oct. 26, 1921.)

Criminal law ⚖️1094—In absence of statement of fact or bill of exceptions, judgment affirmed, where no error in indictment and court's charge.

In the absence of a statement of facts or bill of exceptions, the judgment will be affirmed, where no error appears in the indictment and the court's charge.

Appeal from District Court, Tarrant County; George E. Hosey, Judge.

L. C. Perkins was convicted of robbery with firearms, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Tarrant county of the offense of robbery with firearms, and his punishment fixed at 20 years in the penitentiary.

The record is before us without a statement of facts or bill of exceptions. We have examined the indictment and the charge of the court, and same appear to be in conformity with the law.

No error appearing, the judgment will be affirmed.